

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: HOOTEN FAMILY TRUST B | | |
| ROBERT C. HOOTEN, | § | No. 08-23-00327-CV |
| Appellant, | § | Appeal from the |
| v. | § | 37th Judicial District Court |
| MARSHA ELLEN COLLINS, TRUSTEE OF THE HOOTEN FAMILY TRUST B, | § | of Bexar County, Texas |
| | § | (TC# 2023CI09678) |
| Appellee. | | |

## <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF SEPTEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.